BEFORE THE THIRD DIVISION, AUGUST 11, 1943

**No. 48656.**—Protests 595594–G, etc., of G. B. Mannino (New York).

Opinion by KEEFE, J. It was stipulated that the cheese in question is similar to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstract 42146. The protests were therefore sustained.

**No. 48657.**—Protests 633024–G, etc., of S. S. Pierce Co. (Boston).

Opinion by KEEFE, J. It was stipulated that the cheese in question is similar to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstracts 42146 and 48269. The protests were therefore sustained.

**No. 48658.**—Protests 727526–G (P), etc., of Otto Roth & Co., Inc. (New York).

Opinion by KEEFE, J. It was stipulated that certain of the cheese in question is similar to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstracts 42146 and 48269. An allowance of 2½ percent was therefore made to compensate for the foreign substances. An allowance of 1 percent was made in the weight of cheese stipulated to be similar in all material respects to the Reggiano cheese the subject of *Scaramelli* v. *United States, supra.* The protests were therefore sustained to this extent.

**No. 48659.**—Protests 778740–G (A), etc., of Swift & Co., Inc. (New York).

Opinion by KEEFE, J. An allowance of 2½ percent in the net weight of cheese similar to that involved in *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstracts 42146 and 48269 was made to compensate for the foreign substances on the outside. It was further stipulated that certain of the cheese consists of Reggiano cheese similar to that the subject of *Scaramelli* v. *United States, supra.* As to this item the court made an allowance of 1 percent. It was further stipulated that certain other cheese was wrapped in paper or foil, or both, and is the same in all material respects as that the subject of *Kraft Phenix Cheese Corp.* v. *United States* (T. D. 47955). In accordance with stipulation of counsel the court held that an allowance for the weight of the paper or foil, or both should have been made. Protests sustained to this extent.